# UNITED STATES DISTRICT COURT
for the

_____ District of _____

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To:

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
|  |  |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: _____

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF AUTHENTICITY
# OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, _____, am employed by/associated with
      (Please print)

_____. My official title is _____.
    (organization)                                             (Please print)

By reason of my position I am familiar with how _____
                                                                             (organization)

maintains records relating to its regularly conducted business activity, and I am authorized and

qualified to make this declaration.

    I further certify that the attached records are originals or true copies of records which:

    (A)    Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

    (B)    Were kept in the course of regularly conducted business activity;

    (C)    Were made by the said business activity as a regular practice; and

    (D)    If not original records, are duplicates of original records.

    I declare under penalty of criminal punishment for perjury and false statement that the

foregoing is true and correct.

Executed on _____            _____
                    Date                                               Signature

                                                                      _____
                                                                      Printed Name

# Addendum To Subpoena

The following records and information of

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
Via email: USLawEnforcement@google.com

for the below-referenced email accounts,

mcmahon04401@gmail.com

darrenaustin1965@gmail.com

sexygrammy.ama@gmail.com

jcab4535@gmail.com

from January 1, 2019 to the present, including but not limited to:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, service addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records (including records of text messages sent and received) from January 1, 2019 to present, if applicable;

4. Records of session times and durations from January 1, 2019 to present;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including model type/numbers, phone numbers, IMSIs, IMEIs, MEIDs, UDIDs, MAC addresses, and advertising IDs);

7. Other subscriber numbers or identities, including any temporarily assigned network addresses (including the registration and session Internet Protocol (“IP”) addresses with associated port numbers); and

8. Means and source of payment for such service (including any credit card or bank account number).

You are to provide this information, if available, as data files on CD-ROM or other electronic media, by making the information available for the government to download.



*U.S. Department of Justice*

*United States Attorney
District of Maine*

| | |
|---|---|
| *100 Middle Street* | *(207) 780-3257* |
| *6ᵗʰ Floor, East Tower* | *TTY (207) 780-3060* |
| *Portland, ME 04101* | *Fax (207) 780-3304* |
| | *www.usdoj.gov/usao/me* |

## **INFORMATION REGARDING SUBPOENA TO PRODUCE RECORDS**

ENCLOSED IS A SUBPOENA TO TESTIFY AND PRODUCE RECORDS BEFORE A GRAND JURY OF THE DISTRICT OF MAINE.  YOU HAVE AN ABSOLUTE RIGHT TO PERSONALLY APPEAR BEFORE THE GRAND JURY AND TO RETURN THE RECORDS CALLED FOR IN PERSON.  IF YOU WISH TO PERSONALLY APPEAR, PLEASE CONTACT THE ASSISTANT U.S. ATTORNEY WHOSE NAME APPEARS IN THE LOWER LEFT-HAND CORNER OF THE SUBPOENA.   INSTEAD OF PERSONALLY APPEARING, YOU MAY, IF YOU WISH, RETURN THE RECORDS CALLED FOR BY THE METHOD(S) CHECKED BELOW:

> Turning over such records to the agent serving this subpoena.

> By causing the delivery (by mail or other means) of the records to the assistant U.S. attorney whose name appears in the lower left-hand corner of the subpoena.

PLEASE ALSO BE ADVISED AS FOLLOWS (ONLY CHECKED ITEM(S) APPLY):

> As a recipient of a grand jury subpoena for financial institution records, you should be aware of civil and criminal penalties for making certain disclosures regarding this subpoena.  The prohibited notifications and applicable penalties are stated in 12 U.S.C. § 3420(b)(1) and 18 U.S.C. § 1510(b).  The criminal penalties include fines and a maximum prison term of five years if an officer of a financial institution, as defined in 18 U.S.C. § 1510(b) notifies, directly or indirectly, any person regarding the existence or contents of this subpoena with the intent to obstruct a judicial proceeding.  In addition, fines and a maximum prison term of one year may be imposed if the notification is made, directly or indirectly, to a customer of the financial institution whose records are sought by the subpoena or to any other person named in the subpoena.  Civil monetary penalties may also be imposed.

> This subpoena relates to the investigation of a federal felony offense.  The disclosure of the existence of such subpoena may impede or impair such investigation.  It is requested that you not disclose the existence of this subpoena other than as may be necessary in order to effect compliance or as required by law.

Rev. 10/1/09